**O**

# United States District Court
# Central District of California

JANE ROE 6 et al.

              Plaintiffs,

     v.

INTERNATIONAL CHURCHES OF CHRIST, INC. et al.,

              Defendants.

Case № 2:23-cv-00999-ODW (PLAx)

**ORDER DENYING MOTION TO DISMISS AS MOOT [51]**

///
///
///
///
///
///
///
///
///
///
///

On May 31, 2023, Defendants Alberto Schirmer and Anna Maria Schirmer filed a motion to dismiss Plaintiffs Jane Roe 6 and Jane Roe 7's Complaint pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6).  (ECF No. 51.)  On June 16, 2023, Plaintiffs filed a First Amended Complaint, less than twenty-one days after Defendants filed their motion.  (ECF No. 57.)  Rule 15(a)(1) allows Plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service of a Rule 12(b) motion.  Therefore, Plaintiffs' amended complaint was proper under the Rules.  As the pending motion to dismiss is based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT**.  (ECF No. 51.)  *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

June 23, 2023

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**