David G. Halm, Esq. SBN 179957
Quintairos, Prieto, Wood & Boyer, P.A.
500 N. Brand Boulevard, Suite 1650
Glendale, CA 91203

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jane Roe 6, an individual; and Jane Roe 7, an individual | CASE NUMBER |
|---|---|
| v. Plaintiffs, | 2:23-cv-00999-ODW-PLA |
| International Churches of Christ, Inc., a California nonprofit corporation; et al. Defendant(s). | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Metcalf, Lori A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

602-954-5605         602-954-5606
*Telephone Number*     *Fax Number*

lori.metcalf@qpwblaw.com
*E-Mail Address*

of  Quintairos, Prieto, Wood & Boyer, P.A.
8800 E. Raintree Drive
Suite 100
Scottsdale, AZ 85260
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Thomas ("Kip") McKean
*Name(s) of Party(ies) Represent*      ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Halm, David G.
*Designee's Name (Last Name, First Name & Middle Initial)*

179957          213-486-0048       213-486-0049
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

david.halm@qpwblaw.com
*E-Mail Address*

of  Quintairos, Prieto, Wood & Boyer, P.A.
500 N. Brand Boulevard
Suite 1650
Glendale, CA 91203
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge

# PROOF OF SERVICE

*Jane Roe 6, et al. v. International Churches of Christ, Inc., et al.*
United States District Court, Central District of California
Case No. 2:23-cv-00999-OCW-PLA

I am a citizen of the United States. My business address is Quintairos, Prieto, Wood & Boyer PA, 500 N. Brand Boulevard, Suite 1650, Glendale, California 91203. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document entitled:

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VIC***

☒ **(BY CM/ECF)** I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

**SEE ATTACHED SERVICE LIST**

(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 12, 2023, at Glendale, California.

*/s/ Mary Youngblood*
Mary Youngblood

**SERVICE LIST**
*Jane Roe 6, et al. v. International Churches of Christ, Inc., et al.*
United States District Court, Central District of California
Case No. 2:23-cv-00999-OCW-PLA

Bobby Samini
Michael Katz
Steven Baric
John S. Oney, IV
Nicole Prado
SAMINI BARIC KATZ, LLP
650 Town Center Drive, Suite 1500
Costa Mesa, CA  92626
Bobby.samini@sbklawyers.com
Michael.katz@sbklawyers.com
Steve.baric@sbklawyers.com
John.oney@sbklawyers.com
Nicole.prado@sbklawyers.com
*Attorneys for Plaintiffs*

Mindee J. Stekkinger
Beach Law Group LLP
500 East Esplanade Drive, Suite 1400
Oxnard, CA 93036
mail@beachlawgroup.com
*Attorneys for International Churches of Christ, Inc. and The International Christian Church*

Tad A. Devlin
Kaufman Dolowich and Voluck LLP
425 California Street, Suite 2100
San Francisco, CA 94104
Tdevlin!kdvlaw.com
*Attorneys for Defendant Hope Worldwide, Ltd.*

James A. Harris
Manning and Kass Ellrod Ramirez Trester LLP
801 S. Figueroa Street 15th Floor
Los Angeles, CA 90017-3012
Jimmy.harris@manningkass.com
*Attorneys  for the Estate of Charles Chuck Lucas and North River Church of Christ*

2

| | |
|---|---|
| 1 | Byron J. McLain |
| 2 | Foley and Lardner LLP |
| | 555 South Flower Street Suite 3300 |
| 3 | bmclain@foley.com |
| | *Attorneys for Defendant Al Baird* |
| 4 | Alan K. Brubaker |
| 5 | Wingert Grebing Brubaker and Juskie, LLP |
| | 2 Columbia Place |
| 6 | 1230 Columbia Street, Suite 400 |
| | San Diego, CA 92101-3370 |
| 7 | *Attorneys for Defendant Alberto Schirmer and Anna Maria Schirmer* |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |